Steven M. McCarthy, Esq. OSBN 081030
McCarthy Law Offices
1265 Highway 51
Independence, Oregon 97351
(503) 763-1888/2888 fax
Email: Caractacus@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARCO ARMENTA-CARDOSO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF GRESHAM; CITY OF GRESHAM POLICE DEPARTMENT; CARLA C. PILUSO, CHIEF OF POLICE; JAMES SEYMOUR; DIANA DEL GARBINO; JENNIFER RITCHARD; LEESA KLEPPER; and DIANA GROSSI,<br><br>    Defendants. | No. 08-1272-BR<br>Multnomah No. 0810-14262<br><br>AMENDED MOTION TO REMAND OR IN THE ALTERNATIVE FOR ABATEMENT OF FEDERAL CLAIMS AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.<br><br>ORAL ARGUMENT REQUESTED |

TO THE ABOVE ENTITLED COURT, DEFENDANTS, AND THEIR ATTORNEY OF RECORD HEREIN:

    The parties made a good faith effort pursuant to Local Rule 7.1(a)through in writing to resolve the dispute and have been unable to do so. On or about November 7, 2008, Plaintiff's counsel wrote to defense counsel setting a three page letter setting forth Plaintiff's argument for remand, requesting a dismissal herein. Defense declined.

    THEREFORE, PLEASE TAKE NOTICE that on or about a date and time to be

1

---
MOTION TO REMAND & RULE 7.1 CERTIFICATION

1 set by the above entitled Court, Plaintiff will and does hereby move this Court for an
2 order to remand the above-entitled matter to the Multnomah County Circuit Court and for
3 costs and attorneys fees herein.

4     This motion will be made on the grounds set forth in moving party's memoran-
5 dum of points and authorities filed herein, upon the records and papers on file herein, and
6 such oral and documentary evidence as shall be adduced at the hearing hereof; and upon
7 this notice and all documents served and filed herewith.

8 Dated: November 25, 2008

11                         /s/
                        Steven M. McCarthy, Esq.
12                         Attorney for Plaintiff