UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
Portland Division

FILED'10 FEB 18 13:01 USDC-ORP

MARCO ARMENTA-CARDOSA,

        Plaintiff(s),

v.

CITY OF GRESHAM, CITY OF
GRESHAM POLICE DEPARTMENT,
CARLA C. PILUSO, JAMES SEYMOUR,
DIANA DEL GARBINO, JENNIFER
RITCHARD, LEESA KLEPPER, and
DIANA GROSSI,

        Defendant(s).

08-CV-1272-BR

ORDER OF DISMISSAL

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that, pursuant to LR 41-1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

Dated: February 17, 2010

MARY L. MORAN, Clerk of Court

by _____
    Bonnie Boyer, Deputy Clerk

cc: Counsel

ORDER OF DISMISSAL